PEOPLE OF PUERTO RICO, Plaintiff and Appellee, *v.* RUPERTO
HADDOCK, Defendant and Appellant.

No. 4742.  Argued June 14, 1932.—Decided July 7, 1932.

*Celestino Iriarte* for appellant.  *R. A. Gómez, Fiscal,* for appellee.

MR. JUSTICE WOLF delivered the opinion of the Court.

Ruperto Haddock maintains that a complaint filed against
him for carrying a prohibited weapon is insufficient.  Among
other things he says that it was not sufficiently averred that
he had the pistol on a public street or outside of his house.
The complaint said that the offense was committed in San-
turce on Borinquen Avenue, at the Corner of Cortijo.  This
was *prima facie* a sufficient averment of carrying an arm on
a public thoroughfare.

The appellant also laid some stress upon the fact alleged
that the pistol was taken away from him in his own house.
Necessarily the averment that the pistol was taken away
from him in his own house was superfluous if the complaint
sufficiently showed the place where the offense was actually
committed.

The judgment should be affirmed.